# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN J. BANK, EX REL. EFREN GONZALEZ-RIVERA,
Petitioner,
vs.
MAYOR CAROLYN GOODMAN; AND CITY OF LAS VEGAS CITY COUNCIL,
Respondents.

No. 84497

FILED

APR 0 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_S. Young
DEPUTY CLERK

## ORDER DENYING EMERGENCY PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This is an emergency, pro se, original petition for a writ of mandamus or prohibition seeking to preclude the City Council from considering and/or approving a rezoning request.[1]

Having considered the petition and supporting documents, we conclude that petitioner has not demonstrated that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Generally, challenges to final administrative zoning decisions must be made in the district court in the first instance. *See Kay v. Nunez*, 122 Nev. 1100, 1105, 146 P.3d 801, 805 (2006); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981). Further, non-attorneys may not represent another person's interests before this court,

---

[1]Although petitioner's affidavit was not notarized, it appears that he otherwise meets the NRAP 24 requirements, and we therefore grant his motion to proceed in forma pauperis and waive the filing fee. NRAP 21(e).

*Guerin v. Guerin*, 116 Nev. 210, 214, 993 P.2d 1256, 1258 (2000), and writ petitions must name and be served on all real parties in interest, NRAP 21(a)(2). Finally, petitioner's NRAP 27(e) certificate fails to meet the requirements of that rule, *TRP Fund VI, LLC v. PHH Mortg. Corp.*, 138 Nev., Adv. Op. 21, ___ P.3d ___ (2022), and his failure to provide proof of service constitutes an additional basis on which to deny relief. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Efren Gonzalez-Rivera
Steven J. Bank
Carolyn Goodman
City of Las Vegas City Council